UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE SIMS, Individually and as Mother and Natural Guardian of Cadeshia Prather, a Minor,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ST. LOUIS TAN COMPANY and THE TAN COMPANY,<br><br>　　　　Defendants,<br><br>　and<br><br>GOLDS ST. LOUIS LLC, GOLD'S GYM, and GOLD'S GYM INTERNATIONAL, INC.,<br><br>　　　　Defendants/<br>　　　　Third-Party Plaintiffs/<br>　　　　Cross-Claimants,<br><br>　and<br><br>PLAYSMART, INC.,<br><br>　　　　Defendant/<br>　　　　Cross-Claim Defendant<br><br>　v.<br><br>JIM ETHINGTON d/b/a PLAY EXCELLENCE,<br><br>　　　　Third-Party Defendant. | Case No. 08-cv-330-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. The parties to this case have been inconsistent in captioning the filings and naming the parties in this case. For example, the plaintiff's Amended Complaint (Doc. 2, Attachment 10, ¶3) names as defendants:

1.　　Gold's St. Louis LLC d/b/a St. Louis Tan Company

2. The Tan Company
3. Gold's Gym
4. Gold's Gym International, Inc.
(all of the foregoing "doing business as Gold's Gym, Gold's Gym Gym and Gold's Gym International, Inc., and The Tan Company") and
5. Playsmart, Inc.

Gold's St. Louis LLC, Gold's Gym and Gold's Gym International, Inc. removed this case, listing six defendants in their notice of removal (Doc. 2):

1. Gold's St. Louis LLC
2. St. Louis Tan Company
3. The Tan Company
4. Gold's Gym
5. Gold's Gym International, Inc.
(all of the foregoing "doing business as Gold's Gym, Gold's Gym Gym and Gold's Gym International, Inc., and The Tan Company") and
6. Playsmart, Inc.

Later, a third-party complaint (Doc. 5) and a cross-complaint (Doc. 6) were filed by:

1. Gold's St. Louis LLC
2. Gold's Gym and
3. Gold's Gym International Inc.

listing in the caption the following defendants as third-party plaintiffs and cross-claimants:

1. St. Louis Tan Company d/b/a Gold's Gym and
2. Gold's Gym International.

The discrepancies in the named parties, both in the captions and in the body of the pleadings, have caused a great deal of confusion and have made it difficult for the Court to identify all the pending claims and parties in this case. Proper identification of those claims is essential to preparing final judgment at the close of the case.

The Court construes the pleadings to involve the following eight parties:

Plaintiffs: 1. Jacqueline Sims, individually and as guardian of Cadeshia Prather

Defendants: 2. St. Louis Tan Company
3. The Tan Company

2

Defendants/Third Party Plaintiffs/Cross-Claimants:
4. Gold's St. Louis LLC
5. Gold's Gym
6. Gold's Gym International, Inc.

Defendants/Cross-Claim Defendants:
7. Playsmart Inc.

Third-Party Defendants:
8. Jim Ethington d/b/a Play Excellence

If this assessment of the parties is not correct, the Court trusts the parties will inform the Court by way of an appropriate motion. In the meantime, the Court **DIRECTS** the Clerk of Court to terminate all parties not listed above and **ORDERS** the parties to caption all further filings with the caption as it appears in this order. Filings that do not comply with this order may be summarily stricken without further order from the Court.

**IT IS SO ORDERED.**
**DATED: June 11, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**