IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE SIMS, Individually and as Mother and Natural Guardian of Cadeshia Prather, a Minor, <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>GOLD'S ST. LOUIS, LLC; ST. LOUIS TAN COMPANY; THE TAN COMPANY; GOLD'S GYM; GOLD'S GYM INTERNATIONAL, INC.; and PLAYSMART, INC.; <br><br>　　　　Defendant(s). | CASE NO. CV 08-330-JPG-PMF |
| GOLD'S ST. LOUIS, LLC; GOLD'S GYM; and GOLD'S GYM INTERNATIONAL, INC.; <br><br>　　　　Third-Party Plaintiffs, <br><br>　　v. <br><br>JIM ETHINGTON, d/b/a Play Excellence; and DARWYN G. KUIPERS; <br><br>　　　　Third-Party Defendants. | |
| GOLD'S ST. LOUIS, LLC; GOLD'S GYM; and GOLD'S GYM INTERNATIONAL, INC.; <br><br>　　　　Cross-Claimants, <br><br>　　v. <br><br>PLAYSMART, INC. and ST. LOUIS TAN COMPANY, <br><br>　　　　Cross-Claim Defendants. | |

| | |
|---|---|
| **JIM ETHINGTON,** | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| **PLAYSMART, INC.,** | ) |
| | ) |
| Cross-Defendant. | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation of Dismissal advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: June 29, 2009**

                               **JUSTINE FLANAGAN, ACTING CLERK**

                               **by:s/Deborah Agans**
                               **Deputy Clerk**


**APPROVED:** *s/ J. Phil Gilbert*
                 **U. S. DISTRICT JUDGE**